No. 02-9498. ABDUL MALIK, AKA ALAM v. ALAM. C. A. 7th Cir. Certiorari denied.

No. 02-9500. NELMS v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-9504. FLINT v. NEMARD ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-9508. HEDRICK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-9509. GOULD v. CITY OF CLEVELAND, OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 02-9516. HIGGINS v. LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 02-9517. HAWTHORNE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02-9520. SMITH v. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTION CENTER. C. A. 9th Cir. Certiorari denied.

No. 02-9521. RIECK v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02-9522. MITCHELL v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02-9526. POWERS v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 02-9527. PRENATT v. G. W. WILLIAMS CO. ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 02-9528. PLAISANCE, AKA THOMAS v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 02-9532. NORBERTO TORRES v. YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.